# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>McCoy v. The TJX Companies | **DISTRICT**<br>Southern | **DOCKET NUMBER**<br>21-4907 |
| | **JUDGE**<br>Hon. Valerie Caproni | **APPELLANT**<br>Teresa McCoy |
| | **COURT REPORTER**<br>n/a | **COUNSEL FOR APPELLANT**<br>Michael G. O'Neill |

**Check the applicable provision:**

☐ I am ordering a transcript.

☒ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☐ Copy is already available

☒ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**    ☐ Funds    ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| | |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017