# MICHAEL G. O'NEILL
ATTORNEY AT LAW

**By ECF**

September 8, 2023

Clerk of Court
United States Court of Appeals
40 Centre Street
New York, NY 10007

      Re:    McCoy v. The TJX Companies
                  Court of Appeals Docket No.: 23-1159

Dear Sir or Madam:

    This is plaintiff-appellant's briefing notification letter. Plaintiff filed Form D on August 29, 2023, which is therefore the "ready date." Plaintiff proposes to file her brief on or before November 28, 2023, which is 91 days from the ready date.

                                                       Very truly yours,

*[signature]*

217 BROADWAY, SUITE 306•NEW YORK•NEW YORK•10007•(212) 581-0990•LAWYER@ONEILLAW.COM