UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand and twenty-three,

_____

Teresa McCoy,

       Plaintiff - Appellant,

v.

The TJX Companies, Inc.,

       Defendant - Appellee.

_____

**ORDER**
Docket No: 23-1159

Counsel for Appellant Teresa McCoy has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 28, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before November 28, 2023. The appeal is dismissed effective November 28, 2023, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court