UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>McCoy, Teresa v. The TJX Companies, Inc. | USCA DOCKET NUMBER:<br>23-1159 | COUNSEL'S NAME:<br>Allison C. Leibowitz |
| | DISTRICT/AGENCY:<br>S.D.N.Y. | COUNSEL'S ADDRESS:<br>43 Corporate Drive<br>Hauppauge, New York 11788 |
| | DISTRICT/AGENCY NUMBER:<br>21-CV-4907 | DATE:<br>October 1, 2024 |

Counsel for
**Defendant-Appellee**
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
**Plaintiff-Appellant**
and in favor of
**Defendant-Appellee**
for insertion in the mandate.

Docketing Fee                                                                N/A

Costs of printing appendix (necessary copies _____)  N/A

Costs of printing brief (necessary copies  9 x 45 pages _____)  $1,832.50

Costs of printing reply brief (necessary copies _____)  N/A

I hereby verify that the above itemized costs are Defendant-Appellee's actual costs and were incurred in the above-captioned appellate proceeding.

**(VERIFICATION HERE)**

_____
Signature

Rev. April, 2011

Counsel Press Inc.
PO Box 65019
Baltimore, Maryland 21264-5019

# INVOICE

**CLIENT:** Simmons Jannace DeLuca, LLP
43 Corporate Drive
Hauppauge, NY 11788

**ATTN:** Allison C. Liebowitz, Esq.

**RE:** McCoy v. The TJX Companies, Inc.
**INVOICE:** 9158860
**COURT:** USCOA - 2nd Circuit

## APPELLEE'S BRIEF

|  | Copies | Units |  | Price | Extension |
|---|---|---|---|---|---|
| Cover(s) | 9 | 1 | @ | $ 140.00 | $ 140.00 |
| Pages Table of Contents |  | 2 |  | $ 125.00 | $ 250.00 |
| Pages Table of Citations |  | 3 |  | $ 165.00 | $ 495.00 |
| Reproduction | 9 | 39 | @ | $ 1.23 | $ 433.25 |
| Volumes Bound |  | 9 | @ | $ 5.75 | $ 51.75 |
| Electronic File Preparation |  | 1 | @ | $ 75.00 | $ 75.00 |
| File Upload |  | 1 | @ | $ 50.00 | $ 50.00 |
| Filing of Documents |  | 1 | @ | $ 80.00 | $ 80.00 |
| Shipping & Handling |  | 1 | @ | $ 112.00 | $ 112.00 |
| Discount |  |  |  |  |  |

| | | |
|---|---|---|
| SUB-TOTAL: | | $ 1,687.00 |
| APPLICABLE SALES TAX: 8.625% | | $ 145.50 |
| INVOICE TOTAL: | | $ 1,832.50 |
| PAYMENT RECEIVED | | $ (1,832.50) |
| BALANCE DUE | | $ 0.00 |